STATE OF OREGON,
*Respondent,*

*v.*

KEVIN WAYNE RIEGELMANN,
*Appellant.*

(No. C80-10-33535, CA A20182 (control),
(No. C80-11-33990, CA A20183)
(Cases consolidated)

639 P2d 1305

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a trial court order denying his motion to suppress evidence. He alleges error in the trial court's denial of a right to present oral argument on the motion. That was not error. *See State v. Gholston,* 55 Or App 790, 639 P2d 1302 (1981). A second search was with defendant's voluntary consent and it was not tainted by any preceding illegality. *State v. Quinn,* 290 Or 383, 623 P2d 630 (1981).

Affirmed.